AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>LUIS DANIEL VERGARA GONZALEZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 16-6007-PMH |

FILED BY _____ D.C.

JAN 1 3 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 21 - December 29, 2015  in the county of  Broward  in the  Southern  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowing distribution of any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, if (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel B. Hittner, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   01/13/2016

_____
*Judge's signature*

City and state:    Ft. Lauderdale, Florida

Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel B. Hittner, being duly sworn, depose and state as follows:

1.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

2.      I have been employed by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) since March 2008. Before that, I was a Police Officer with the New York City Police Department (NYPD) for approximately three years, and a U.S. Customs and Border Protection (CBP) Officer for approximately eighteen months. I have received training from the Federal Law Enforcement Training Center in Glynco, Georgia. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including but not limited to the production, possession and distribution of child pornography. I am also responsible for enforcing federal criminal statutes involving immigration and customs-related violations. I received training on the proper investigative techniques for these violations, including the application and execution of search and arrest warrants.

3.      I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children.

1

I have received training in the area of child pornography and child exploitation. I have observed and reviewed examples of child pornography. I also have assisted in several child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media, including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. This affidavit is submitted in support of a Criminal Complaint charging **Luis Daniel Vergara GONZALEZ,** hereinafter referred to as **GONZALEZ,** with knowing distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

5. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers and other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent with HSI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation

## SUMMARY OF INVESTIGATION

6. In December 2015, law enforcement, using investigative software, identified a user on the ARES P2P file-sharing network whose shared folder contained approximately 70 suspected child pornography files available for distribution on the network. Law enforcement was able to identify the IP Address associated with that user as 104.5.240.148 (hereinafter the "Target IP Address").

7. Between the dates of December 21 and December 29, 2015, law enforcement officers, utilizing P2P software on an undercover computer, successfully established an Internet connection with a computer assigned to the Target IP Address. Once establishing that

connection, law enforcement downloaded four media files. These four files contained videos that had been made available for sharing from that computer. As detailed below, these files had names suggesting that the files contained images of child pornography, including phrases like "pthc," which I know from my training and experience stands for "Pre-Teen Hard Core."

8. Thereafter, law enforcement reviewed the contents of the four downloaded files and observed suspected child pornography. Descriptions of the downloaded video files are as follows:

   a. A video file approximately 26 seconds in duration titled "**(pthc)kimmy consolador(2).wmv**" depicting a female child, who appears to be under the age of twelve, inserting a dildo into her vagina.

   b. A video file approximately 8 minutes in duration titled "**_ARESTRA_!!!new0604!!!luvnlilly babyj(pthc)(latina)(cumshot)(best)**" depicting a female child, who appears to be under the age of five, being vaginally penetrated by an adult male.

   c. A video file approximately 3 minutes in duration titled "**_ARESTRA_((pthc))so cute girl blowjob (more please, blowjob cumshot)**" depicting a female child, who appears to be under the age of five, performing fellatio on an adult male.

   d. A video file approximately 9 minutes in duration titled "**_ARESTRA_dad_daughter_12_yo_cum_inside**" depicting a female child, who appears to be under the age of twelve, engaging in vaginal intercourse with an adult male.

9. On December 29, 2015, results from a subpoena sent to the Internet Service Provider (ISP) AT&T U-Verse for subscriber information relating to the user of the Target IP Address on the date and time of the downloaded images indicated that the account subscriber was an individual with the initials J.V. at 636 W. Palm Aire Dr., Pompano Beach, FL 33069 (hereinafter, the "Target Premises"). The account was established on March 11, 2014, and is currently listed as active. The Target IP Address has been continuously assigned to the account since the date of creation.

3

10. Information received from the Florida Driver and Vehicle Information Database (DAVID) indicated that J.V. has an active Driver's License and a listed date of birth of XX-XX-1957. Additional law enforcement databases were queried and it was determined that J.V. has no criminal history and is a citizen of Chile.

11. Additional DAVID information indicated that there are several additional persons who use the Target Premises as their primary residence address. These persons include individuals with the initials L.G., K.D., P.V., and V.V., respectively. It was also determined that none of these four additional individuals have any criminal history and that each is a citizen of Venezuela. The individual with the initials L.G. is further identified as **GONZALEZ**.

12. On various dates and times between December 29, 2015, and the present, surveillance of the Target Premises was conducted to obtain a description and layout of the residence and surrounding area for the purpose of obtaining a search warrant. A wireless internet scan was conducted directly in front of the Target Premises, revealing several secured internet networks in the immediate vicinity but no unsecured networks. During the surveillance, an adult male resembling the DAVID photograph of K.D. was observed exiting the Target Premises with an unidentified female child, who appeared to be under the age of 5.

13. On January 12, 2016, law enforcement officers executed a federal search warrant at the Target Premises. During the search, one HP laptop computer, bearing serial number 3CE4173BZ3, was located on a desk in a bedroom occupied by **GONZALEZ**. An on-site forensic preview of this laptop computer revealed that the ARES program was currently installed on the computer. During the preview, the forensic analyst recovered approximately 20 video files bearing file names consistent with child pornography. A preview of these video files

revealed child pornography portraying sexually explicit images of children appearing to be under the age of twelve. A description of five of these files is as follows:

   a. A video file approximately 26 seconds in duration titled "**(pthc)kimmy consolador(2).wmv**" depicting a female child, who appears to be under the age of twelve, inserting a dildo into her vagina. This file was downloaded by law enforcement during the initial investigation, as detailed in paragraph 8 above.

   b. A video file approximately 3 minutes in duration titled "**((pthc))so cute girl blowjob (more please, blowjob cumshot)**" depicting a female child, who appears to be under the age of five, performing fellatio on an adult male. This file was downloaded by law enforcement during the initial investigation, as detailed in paragraph 8 above.

   c. A video file approximately 9 minutes in duration titled "**dad_daughter_12_yo_cum_inside**" depicting a female child, who appears to be under the age of twelve, engaging in vaginal intercourse with an adult male. This file was downloaded by law enforcement during the initial investigation, as detailed in paragraph 8 above.

   d. A video file approximately 4 minutes in duration titled "**(opva) pthc 2015- 2 little girls suck mans dick so (good) [omg- more!! please] (2).avi**" depicting a female child, who appears to be under the age of twelve, performing fellatio on and engaging in sexual intercourse with an adult male.

   e. A video file approximately 4 minutes in duration titled "**2015 pthc cum!!!! Parte1.wmv**" depicting several female children, all appearing to be under the age of five, being sexually abused by adult males. Two of the child victims are seen performing fellatio on adult males and several others are seen laying down while adult males masturbate and ejaculate on them.

   14. During a post-Miranda interview, **GONZALEZ** stated that he is a citizen of Venezuela and has been present in the United States for approximately one year. According to **GONZALEZ**, he is in the United States on a student visa. **GONZALEZ** told agents that the HP laptop computer described above belonged to him, that he had been the sole owner of this computer for approximately three years and that he accepts responsibility for the contents contained on his laptop computer. According to **GONZALEZ,** he has lived continuously in the Target Premises for approximately one year and does not allow others in the home to use his computer. **GONZALEZ** admitted that he had used the ARES program in the past while living

5

in Venezuela, but denied currently using the program for any reason. **GONZALEZ** was asked about the forensic preview which showed that the ARES program had been utilized on his computer on various dates between October 31, 2015 and December 29, 2015, but he was unable to provide a reasonable explanation for this.

15. During the interview, **GONZALEZ** repeatedly stated that he regularly uses his HP laptop computer to create, mix, and download music using a program called "FL Studio." According to **GONZALEZ**, he often uses this program late at night and into the early hours of the morning. During the forensic preview of the HP laptop computer, forensic agents located several audio files that were created by **GONZALEZ** relatively near in time to when child pornography files were downloaded to the computer using the ARES program. For example:

   a. On November 16, 2015, at 11:14:29 PM, an audio file titled "untitled0_Insert 100_113.wav" was created on the HP laptop computer. This file is a recording of **GONZALEZ** singing into a microphone that was found attached to the computer. The file was created using the "FL Studio 12" program.

   b. On November 17, 2015, at 02:48:26 AM, a video file, approximately 4 minutes in duration, titled "(opva) pthc 2015- 2 little girls suck mans dick so (good) [omg- more!! please] (2).avi" was downloaded to the HP laptop computer using the ARES program. The video depicts a female child, who appears to be under the age of twelve, performing fellatio on and engaging in sexual intercourse with an adult male.

   c. On November 17, 2015, at 03:37:50 AM, an audio file titled ""untitled0_Insert 100_115.wav" was created on the HP laptop computer. This file is a recording of **GONZALEZ** singing into a microphone and was created using the "FL Studio 12" program.

16. After child pornography was found on the HP laptop computer, law enforcement questioned several other adult residents of the Target Premises to determine if any had access to that computer. The other residents denied using the HP laptop computer and each advised that **GONZALEZ** is the sole user of that computer.

17. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that **Luis Daniel Vergara GONZALEZ** did knowingly distribute child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
DANIEL B. HITTNER, SPECIAL AGENT
HOMELAND SECURITY
INVESTIGATIONS

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 13TH DAY OF
JANUARY, 2016.

_____
THE HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 16-6007-PMH

**BOND RECOMMENDATION**

DEFENDANT: _____LUIS DANIEL VERGARA GONZALEZ_____

_____Pre-Trial Detention_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _____*Corey Steinberg*_____
AUSA: COREY STEINBERG


Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): __SA Daniel Hittner, FBI__
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)