UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60014-CR-COHN

UNITED STATES OF AMERICA

v.

LUIS DANIEL VERGARA GONZALEZ,

      **Defendant.**

_____/

## STIPULATED FACTUAL BASIS

Luis Daniel Vergara Gonzalez (hereinafter referred to as "the defendant") individually and by and through his counsel, David Raben, and the United States, by and through the undersigned Assistant United States, agree and stipulate that the government would produce evidence of the facts recited below which are a fair and accurate summary of the events and the defendant's involvement in the conduct charged in the underlying Indictment and the charge to which the defendant is pleading guilty.

1.    In December 2015, law enforcement, using investigative software, identified a user on the ARES Peer to Peer (P2P) file-sharing network whose shared folder contained approximately 70 suspected child pornography files available for distribution on the network. Law enforcement was able to identify the IP Address associated with that user (hereinafter the "Target IP Address").

2.    Between the dates of December 21 and December 29, 2015, law enforcement officers, utilizing P2P software on an undercover computer, successfully established an Internet connection with a computer assigned to the Target IP Address. Once establishing that connection, law enforcement downloaded four media files. These four files contained videos that had been made available for sharing from that computer and that had file names suggesting

1

that they contained child pornography, including phrases like "pthc," which stands for "Pre-Teen Hard Core." Law enforcement reviewed the contents of the four downloaded files and found that they contained child pornography, including videos of prepubescent children, some under the age of five, being sexually molested by adult males.

3. On December 29, 2015, results from a subpoena sent to the Internet Service Provider (ISP) AT&T U-Verse for subscriber information relating to the user of the Target IP Address on the date and time of the downloaded files indicated that the account subscriber was an individual residing at 636 W. Palm Aire Dr., Pompano Beach, FL 33069 (hereinafter, the "Target Premises"). The account was established on March 11, 2014, and was still listed as active at that time. The Target IP Address had been continuously assigned to the account since the date of creation.

4. Information received from law enforcement databases indicated that there were several adults residing in the Target Premises, including the defendant. It was also determined that none of these individuals have any criminal history and that each is a citizen of Venezuela.

5. Surveillance on the Target Premises was conducted to obtain a description and layout of the residence and surrounding area for the purpose of obtaining a search warrant. During the surveillance, it was determined that a female child under the age of 5 was also residing at the Target Premises.

6. On January 12, 2016, law enforcement officers executed a federal search warrant at the Target Premises. During the search, an HP laptop computer was located on a desk in a bedroom occupied by the defendant. An on-site forensic preview of this laptop computer revealed that the ARES program was currently installed on the computer. During the preview, the forensic analyst recovered approximately 20 video files bearing file names consistent with child pornography. A preview of these video files revealed that they contained sexually explicit

vidoes of minor female children, some appearing to be under the age of five, being vaginally penetrated by adult males, performing fellatio on adult males and being ejaculated upon.

7. During a post-Miranda interview with the defendant, he stated that he is a citizen of Venezuela and that he has been present in the United States for approximately one year on a student visa. The defendant admitted that the HP laptop computer described above belonged to him and that he had been the sole owner of this computer for approximately three years. The defendant also accepted responsibility for the contents contained on this laptop computer. According to the defendant, he does not allow others in the home to use his computer. During the interview, the defendant repeatedly stated that he regularly uses his HP laptop computer to create, mix, and download music using a program called "FL Studio," and that he often uses this program late at night and into the early hours of the morning. During the forensic preview of the HP laptop computer, forensic agents located several audio files that were created by the defendant near in time to when child pornography files were downloaded to the computer using the ARES program.

8. Law enforcement questioned the other adult residents living in the Target Premises to determine if any had access to the HP laptop computer found to contain child pornography. The other residents denied using the HP laptop computer and each advised that the defendant was the sole user of that computer.

9. Subsequently, a complete forensic examination was conducted on the media devices seized from the defendant at the time of the search warrant and both computers were found to contain vidoes depicting children engaged in sexually explicit conduct. Specifically, the following was located:

- Thirty-three (33) videos depicting child pornography, including;
    - videos depicting known children that have been identified by the

National Center for Missing and Exploited Children (NCMEC);

– videos depicting children under the age of twelve (12), many under the age of five (5), engaged in sexually explicit conduct with adults; and

– videos of varying duration, including at least one video that exceeded one hour in duration.

10. The child pornography that was recovered from the defendant's computers had been shipped or transported in interstate and foreign commerce, or was produced using materials that had been shipped or transported in interstate or foreign commerce.

11. The foregoing events occurred in Broward County in the Southern District of Florida and elsewhere.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 3-18-16         By: _____
                          Corey Steinberg
                          Assistant United States Attorney

Date: 3-18-16         By: _____
                          David Raben
                          Attorney for Defendant

Date: 3-18-16         By: _____
                          Luis Daniel Vergara Gonzalez
                          Defendant