UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-60014-CR-COHN

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

**LUIS DANIEL VERGARA GONZALEZ,**

     Defendant,

_____/

## NOTICE OF FILING

    **COMES NOW** the Defendant, LUIS DANIEL VERGARA GONZALEZ, and gives notice of filing character reference letters to be used at the sentencing hearing in this matter.

                         Respectfully submitted,

                         **ROSS | AMSEL | RABEN**
                         **& NASCIMENTO, PLLC.**
                         2250 S.W. 3rd Avenue, 4th Floor
                         Miami, Florida   33129
                         Telephone: 305-858-9550; Fax: 305-858-7491
                         Email: daveraben@crimlawfirm.com

            By:    */S/ DAVID RABEN*_____
                    DAVID RABEN
                    FLORIDA BAR NO. 0308641

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of June, 2016 I electronically filed the

foregoing document with the Clerk of the Court and a copy was furnished to all counsel of

record using CM/ECF.

**ROSS | AMSEL | RABEN
& NASCIMENTO, PLLC.**

By:   */S/   DAVID RABEN*
      DAVID RABEN

JUAN GRIEGO, 02 DE MARZO DEL 2016

THE HONORABLE JAMES COHN

Por medio de la presente hago constar que YO, José Gregorio Rodríguez C.I: 20.534.633 Conozco desde hace 10 años al sr: Luis Daniel Vergara González C.I: 26.435.598 el cual siempre ha tenido una conducta seria, respetable de buenos principios y sobretodo de un corazón noble. Luis Daniel integro al el coro Juvenil de la Iglesia el Palito, perteneció al club deportivo de juan griego, siendo un jugador destacado, durante los años pasados organizo ferias para la recolección de ropa y juguetes para los niños en condición de calle en nuestra comunidad.

Excelente compositor fue mi gran apoyo y ayuda en la música, Luis Daniel Vergara siempre será un hermano más para mí, gran ejemplo a seguir una persona incondicional dispuesta ayudar al que más lo necesita.

De mi parte siempre tendrá la admiración, cariño y el respeto que él se ha ganado siendo una persona con gran corazón.

Calle Bolívar el Palito Nº 06
Juan Griego-Nueva Esparta

José Rodiguez
C.I : 2053463 33
0414 9964053

JUAN GRIEGO, MARCH 02, 2016

THE HONORABLE JAMES COHN

By this I note that I Gregory Jose Rodriguez C.I.: 20534633 I know from 10 years ago to SR. Luis Daniel Gonzalez Vergara C.I: 26435598 which has always had a serious, respectable behavior especially good principles and a noble heart. Luis Daniel integral to the youth choir of the church El Palito, participated in sports club Juan Griego , being an outstanding player during the past years organized fairs for the collection of clothes and toys for children in street condition in our community.

Excellent composer was my great support and help in music, Luis Daniel Vergara always be a brother but for me, great example to follow a person willing unconditional help those who need it most

On my part always have admiration, affection and respect that has earned being a person with great heart.

STREET BOLIVAR EL PALITO N 06
JUAN GRIEGO-NUEVA ESPARTA

CARACAS, 29 DE FEBRERO DEL 2016

THE HONORABLE JAMES COHN

Yo, Mariana Ascanio C.I. 10.350.231 en mi cargo de Vocero principal del Consejo Comunal Arcoíris Los Bucares  quiero hacer constancia que conozco de vista trato y comunicación dese hace 22años al sr Luis Daniel Vergara González el cual lo vi nacer y crecer por ser yo una vecina cercana a su familia desde hace 40 años,  él siempre ha sido una persona seria, responsable, honesta y por lo cual doy fe en nombre mío y de la comunidad a la cual pertenezco, que desde  su nacimiento hasta la fecha ha sido un adolecente sano, tranquilo y atento a las normas de convivencia cumpliendo y haciendo cumplir las reglas de la comunidad así como colaborador en el ámbito deportivo destacándose siempre como excelente participante, perteneció también a la coral juvenil de Iglesia de nuestra comunidad  desde  el 2008  hasta 2014

Siempre dando al prójimo ayuda y atento a las necesidades de otros, colaboro en la realización de la cancha deportiva y rehabilitación de  adolescentes que seguían el mal camino.

Es el tipo de persona que se quita su comida de la boca para dársela a otra pues yo fui testigo de eso en muchas ocasiones, siendo muy querido por mi persona y la comunidad.

Este es solo un  ejemplo de las muchas veces a lo largo de su vida que ha mostrado amor y buen carácter. Siempre con metas en su vida pues su pasión siempre ha sido la aviación y se ha destacado por ser un buen alumno a lo largo de sus estudios. En nombre propio y de la comunidad queremos dejar constancia de ser una persona confiable, honesta, responsable, tranquila y cuenta con nuestro apoyo y amor.

RESIDECIAS PARQUE EL VALLE

CARACAS-VENEZUELA

Consejo Comunal
Arcoíris Los Bucares
Rif: J-403567557

Mariana Oscann
C.I 10350231
Telefono : 0412-8035716

Caracas, February 29, 2016

The honorable judge James Cohn

I Maria Ascanio C.I. 10350231 in my position as chief spokesman for the community council rainbows the Bucare want to record that I know of view treatment and communication for the last 22 years Mr. Luis Gonzalez Vergara Daniel which saw him born and grow by being a neighbor near his family for 40 years , he has always been a serious , responsible, honest person so I can vouch for myself and the community to which I belong , that from birth to date has been a healthy teenager , tranquil and attentive to the rules of coexistence complying with and enforcing the rules of the community as well as partner in sports always standing out as excellent participant , also belonged to the juvenile coral church in our community from 2008 to 2014 .

Always giving help and attentive to the needs of others, collaborated in the realization of the sports field and rehabilitation of teenagers who were following the wrong path.

He is the type of person that will give up his food to give it to another as I witnessed this on many occasions, being very dear to me and the community.

Residecias Parque El Valle
Caracas-Venezuela

Viviana Vergara
The Honorable Judge James County
Case No. : 16-60014-CR-COHN
Fecha: 04/04/2016

Me llamo Viviana Vanessa Vergara Viloria de nacionalidad Venezolana hermana mayor del joven  Luis Daniel Gonzalez y me dirijo a usted Honorable juez con el fin de dar a conocer mi relacion y conocimiento con mi hermano menor ya que lo conozco y apego con el desde muy pequeño a sido una persona con calidez humana y sentimientos unicos hacia la familia mas aun cuando comparti con el en mi ultima visita a estados  Unidos de America antes del penoso incidente en el cual estuve presente junto a mi Hija de 2 años de edad, estoy segura que esto es un caso fuera de la personalidad de Luis Daniel ya que siempre en la casa se comporto con su sobrina de muy buena manera sin demostrar en ninguno momento indicios de algun cargo que se le acusa siempre fue amoroso con su sobrina y hasta cuidandola en todo momento.

Al mismo tiempo puedo decir que es un buen muchacho el cual se desempeñaba en deportes y estudios de muy buena manera  inclusive en la musica, todos cometemos errores aun asi es bueno aceptarlos y aprender de ellos mi hermano no es una mala persona y nunca pondria en riesgo a la familia si se considera en darle una oportunidad para corregir estoy segura mi hermano lo haria. Sin mas que decir me despido esperando se tome en cuenta el hecho del buen comportamiento de mi hermano y amor hacia la familia.

Viviana Vergara

58-212 5420893

VIVIAN VERGARA
THE HONORABLE JUDGE JAMES COUNTY
CASE NO: 16-60014-CR-COHN
DATE: 04/04/2016


My name is viviana vanessa vergara Venezuelan viloria . older sister of Luis Daniel Gonzalez and I am writing to you honorable judge in order to know my relationship and knowledge with my younger brother and I know him and have been attached with from very small to have been a person with human qualities and unique feelings to the family but even when I shared with my last visit to united states of America before the painful accident in which I was present with my 2 years old , I'm sure this is a case outside the personality of Luis Daniel as always in the house with her niece she behaved very good way Demonstrate at any time without evidence of any post he is accused was always loving to his Nephew and even takes care of her.


At the same time I can say he is a good kid he worked in sports and studies very good even way in music, we all make mistakes even so it is good to accept them and learn from them my brother is not a bad person and never jeopardize the family if it is considered to give an opportunity to correct im sure my brother would. No more to say I leave hoping you take into account the fact the good behavior of my brother and family love.

Viviana Vergara

58-212 5420893

The Honorable James Cohn

Por medio de la presenta Y0, Roraima Nava C.I. 7.734.724, Docente Integral de la República Bolivariana de Venezuela quiero dejar constancia que conozco desde hace más de 10 años al Sr: Luis Daniel Vergara González C.I.26.435.598,Con el cual he mantenido una relación de maestra guía y orientadora, amiga de él y su familia, dando fe que siempre fue una persona cariñosa, responsable, confiable, honesta y de mi entera confianza, en mi capacidad como educadora siempre le he observado un gran interés de ayudar a los demás siempre brindándole apoyo a sus seres y amigos allegados muy compenetrado con sus estudios su vocación de ser aviador de ayudar a su familia y tener un buen futuro. Nunca he observado ninguna conducta irregular ni de malas costumbre que cambie mi forma de pensar todo lo contrario en mi núcleo familiar él es querido por todos y para mí es un hijo más.

Perteneció al grupo juventud de la iglesia parroquial el Palito, en el cual ayudo a niños en condición de calle obsequiándole ropa y comida que eran recolectada en su comunidad nunca ha dejado de participar en las actividades deportivas y ayudar a quien más lo necesita sin tener ningún mal comportamiento ni queja sobre su conducta, siempre él y su familia han sido unos buenos y ejemplares ciudadanos y fervientes fieles de la iglesia.

De mi persona siempre tendrá el amor la compresión y el cariño que él se ha ganado por ser una persona honesta, sencilla, correcta y extraordinaria.

Juan Griego, 02 de Marzo del 2016
Nueva Esparta
El palito Casa **Nº 03**

Roraima Nava
C.I. 7.734.724
telf. 04120764767

The honorable James Cohn

Me Through this , RORAIMA NAVA C.I. 7.7343724 , comprehensive teaching Bolivarian Republic of Venezuela would like to state that I've known for over 10 years Mr. Luis Daniel Gonzalez Vergara C.I. 26,435,598 , with whom I have maintained a relationship of teacher and guidance counselor, friend and his family , vouching that was always a loving , responsible, reliable , honest and trust my whole person , in my capacity as an educator always I have seen a great interest in helping others always offering him support their loved relatives and friends very attuned to his studies his vocation of aviator to help his family and have a good future. I have never seen any irregular or bad habits to change my way of thinking of his behavior, quite the opposite in my family nucleus he is loved by all and for me is one more son.

belonged to the youth of the parish church the stick group, which helped children in condition of street awards him clothes and food were collected in your community has never stopped participating in sports activities and help those most in need without any misconduct or complaint about his conduct, and his family always have been a good and exemplary citizens and fervent faithful of the church.

Of me will always have love and affection compression that has earned for being an honest, simple, accurate and extraordinary person.

Juan Griego, March 02, 2016
Nueva Esparta
El Palito Casa N 03

The Honorable James Cohn, United States District Judge

Honorable Mr. Cohn, mi nombre es Mr. Reynel Vergara Olguin, de 65 años de edad, nacido en Santiago de Chile pero con residencia en Venezuela por casi 50 años y con nacionalidad venezolana desde el año 1976, desempeñando actualmente el cargo de Assistant General Auditor de la empresa Petróleos de Venezuela, S.A. y en proceso de jubilación después de 32 años de servicio en la misma, y me dirijo a usted con motivo del caso 16-60014-CR-COHN, en el cual está indicado mi sobrino directo, el ciudadano LUIS DANIEL VERGARA GONZALEZ.

Debo informarle que conozco a este muchacho (joven) desde su nacimiento, mi esposa y mis hijos lo vimos crecer, compartimos con él todos los años cumplidos (excepto los periodos de su residencia fuera de Venezuela). En este lapso, el contacto familiar, el roce a veces cotidiano, las conversaciones y contacto con Luis Daniel, nos permitió conocerlo con suficiente profundidad, como para definirlo como un niño y luego un ciudadano mayor, absolutamente respetuoso para con mi familia, mi persona y su entorno familiar y social, demostrando honestidad en su actitud general, acatando sin dificultad las normas sociales y las leyes que afectan su entorno en cada etapa de su crecimiento. Creo pertinente enfatizar además, que siempre se mostró reticente ante eventuales comportamientos irregulares en sus amistades pasajeras y no vimos ocasiones en las cuales fuera evidente la influencia negativa de alguno de ellos. Por el contrario, su amor y pasión por la música le hizo una persona querida y respetada en su entorno. Como usted seguramente conoce, la actividad musical conduce, de manera directa, a un comportamiento sano, de mucha dedicación y mucho estudio, lo cual es un repelente natural para cualquier individuo que se acerque portando algún tipo de mal hábito, tal como siempre lo observamos durante la vida de nuestro sobrino.

Mi esposa, mis hijos y yo, estamos convencidos que la familia, como concepto social, tiene una importancia y peso específico determinante en la formación integral de los ciudadanos; Así hemos sido formados en cada generación y así lo vimos en el caso específico de Luis Daniel, por lo que estamos absolutamente convencidos que la penosa situación que actualmente enfrenta nuestro familiar, es totalmente ajena a su conducta habitual, marcada, como ya indiqué, por el respeto, consideración y amor que Luis Daniel nos ha profesado y ha reflejado hacia su entorno en cada etapa de su vida. Es un joven querido y respetado que seguramente saldrá con bién de este capítulo doloroso y extraño a su vida.

Agradezco de corazón considerar estas afirmaciones, las cuales tienen como principal motivo informarle nuestra honesta opinión sobre nuestro familiar y que estas serían exactamente las mismas, en cual otra circunstancia.


Reynel Vergara

C. 58-416 6074547 / H. 58-212 9615366

The Honorable James Cohn United States District Judge

Honorable Mr. Cohn My name is Reynel Vergara Olguin , 65 years old. Born in Santiago, Chile but residing in Venezuela for almost 50 years and Venezuelan nationality since 1976, currently served as assistant general auditor of the company Petroleos Venezuela, S.A. and in the process of retirement after 32 years of service, I were addressed to you regarding the case 16-60014 -CR-COHN, which is indicated direct my nephew, Daniel Vergara citizen Luis Gonzalez.

I must inform you that I know this boy ( young ) since birth , my wife and my kids saw him grow , we share with all the compliments years (excluding periods of residence outside Venezuela ) . During this period, family contact, having contact every day, conversations and contact with Luis Daniel allowed us to know with sufficient depth. as to define him as a child and then senior citizen , absolutely respectful to my family, my person and their family and social environment demonstrating honesty in their general attitude abide without difficulty social norms and laws that affect their environment at every stage of their growth .

I also pertinent to emphasize that always reticent to any irregular behavior in their passing friends and we saw no instances in which the negative influence of some of them was evident. On the contrary, their love and passion for music made him a beloved and respected person in your environment. As you surely know, the musical activity leads directly to a healthy behavior lot of dedication and a lot of study, which is a natural repellent to any individual who comes carrying some kind of bad habit. As always we observe during the life of our nephew.

my wife, my children and I are convinced that the family as a social concept has an important and decisive weight in the integral formation of citizens as well have been formed in each generation and so we saw in the specific case of Luis Daniel , so we are absolutely convinced that the dire situation currently facing our family is totally alien to its strong habitual behavior as already indicated by respect consideration and love Luis Daniel has professed us and reflected to their environment at every stage of your life. Is a young loved and respected that surely will come out with well this painful and strange chapter to his life.

Heartfelt thanks consider these claims , which have as the main reason you our honest opinion about our family and that these would be exactly the same in that circumstance .

Reynel Vergara

C. 58-416 6074547 / H. 58-212- 9615366

Para: James Cohn

De: Ivonne Rosario

## A quien le pueda interesar

Honorable James Cohn, juez del distrito de los Estados Unidos. Mi nombre es Ivonne Rosario, residente del condado de Broward. En el verano del 2012 inmigre a los Estados Unidos con fines de una mayor educacion y mejor calidad de vida. Soy residente del estado de la Florida hace ya tres anios, de los cuales soy miembro activo del estudiantado de Broward College cursando ingieneria industrial desde Otono 2014.

En el transcurso de tiempo estudiado en Broward College tuve la oportunidad de conocer y compartir con el estudiante Luis Daniel Vergara Gonzales de nacionalidad venezolana, que igualmente era parte del alumnado de esta casa de estudios. Al poco tiempo de conocernos empezamos una relación amorosa en la cual pude conocer mas a fondo su personalidad, sus gustos, y sentimientos.

Esto logro que compartieramos muchas experiencias juntos, ya que nos veiamos constantemente dentro y fuera del College. Este periodo me dio mucho tiempo de calidad a su lado y en algunas ocaciones se quedaba a dormir en mi casa o me acompanaba hasta tarde en mi trabajo, llego a llevarme a varias diligencias de mi vida cotidiana y llegamos a dormir juntos varias veces. Demostrandome que no tiene una actitud anormal en cuanto a la sexualidad

Luis Daniel Vergara me ha dado a conocer que es una persona de buenos modales, con muchos talentos hacia el futbol, la musica y el baile. Puedo decir que es una persona atenta, de bonitos sentimientos, y de buen humor. Ademas de todo pude notar que su familia es parte especial para el.

Sus actos me demostraron que realmente es un buen joven, Estoy completamente segura de que sus actos no fueron con el fin de hacerle dano a alguien, ni de tener malos sentimientos para cometer los cargos que se le acusan. A nuestra edad es muy facil equivocarse, de esto depende la vida para seguir adelante y enmendar nuestros errores. Se que Luis Daniel no lastimaria a nadie solo cometio una equivocacion la cual no estuvo bien, pero su familia y yo sabemos que por su caracter y sentimientos todo esto se trata de un mal entendido. Mis palabras quisas sean escuchadas y constribuyan a aclarar esta situacion tan penosa en la cual se encuentra Luis Daniel. Sin mas que decir me despido por este medio,

Ivonne Rosario

Cel. 786 3321882

For: James Cohn

From: Ivonne Rosario

### To Whom It May Concern

Honorable District Judge James Cohn of the United States. My name is Ivonne Rosario, Broward County resident. In the summer of 2012 immigrate to the United States for purposes of higher education and better quality of life. I am a resident of the state of Florida three years ago, of which I am an active member of Broward college student studying industrial engineering from autumn 2014.

In the course of time in college Broward I had the opportunity to meet and share with the student Luis Daniel Gonzalez Vergara Venezuelan nationality, which was also part of the students in this university. We met soon begin a loving relationship in which I could learn more about their personality, tastes, and feelings.

This achievement made that we shared many experiences together as we constantly saw one another in and out of college. This period gave me much quality time beside and in some occasions slept over at my house or accompanied me in my work late. I get to take several measures of my daily life and got to sleep together several times. Demonstrated that it has no abnormal attitude toward sexuality.

Luis Daniel Vergara has given me to know that a person of good manners, with many talents into football, music and dancing. I can say that is an attentive person, pretty feelings and good humor. Besides all I could see that his family is a special part for.
His actions showed me that really is a good young 'm quite sure that his actions were not in order to hurt someone, or having bad feelings to commit the charges accuse him. At our age is very easy to mistake this life depends to move forward and make amends. Luis Daniel was not hurt anyone just made a mistake which was not well but his family and I know that his character and feelings all this is a misunderstanding. Maybe my words are heard and help to clarify this very painful situation in which is Luis Daniel. No more to say I hereby dismissal.

Ivonne Rosario

Cell. 786-332-1882

REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DE EDUCACION, CULTURA Y DEPORTE
ESCUELA BASICA
"DR. CARACCIOLO PARRA LEON"
EL VALLE – CARACAS

## *CERTIFICADO DE BUENA CONDUCTA*

Quien suscribe Luis E. Ordoñez Director de la Escuela Básica "Dr. Caracciolo Parra León", que funciona en la Urbanización San Antonio, Avenida Intercomunal de El Valle, hace constar que el Alumno (a): _Vergara Luis Daniel_, titular de la Cédula de Identidad Nº: _____ Natural de: _Caracas_____. Fecha de nacimiento: _25-12-93_ cursante del _3°_ Grado de Educación Básica, demostró un comportamiento **BUENO** durante el año escolar _2002 / 2003_.

Constancia que se expide en Caracas, a petición de la parte interesada a los _29_ días del mes de _Julio_____ de _2003__.



Prof. Luis E. Ordoñez
DIRECTOR

Bolivarian Republic of Venezuela
Minister of Education, Culture and Sport
Basic school
DR. CARACCIOLO PARRA LEON
EL Valle – CARACAS

# Certificate of good standing

the undersigned Luis E. Ordonez Director of the Primary School DR.
Caracciolo Parra Leon , who works in the urbanization San Antonio ,
intercommunal Avenida El Valle, notes that the student ( a) : <u>Vergara
Luis Daniel</u> . Holder of identity card N _____ Natural: <u>Caracas</u>,
dates of birth <u>25/12/93</u> cursante <u>3</u> grade of basic education showed good
behavior during the school year <u>2002</u> / <u>2003</u>.

Record that is issued in Caracas, at the request of the party concerned to
___29___ days of the month of ___July_____ of <u>2003.</u>



COLEG O "SA N PED 30"

INSCRITO EN 𝐼L M. E.
AV. UNIVERSIDAD - TELF. 662.70.90
VALLE ABAJO - CARACAS

## CONSTANCIA DE CONDUCTA

Yo, EMMA LIMORTE CORTES, venezolana, titular de la Cédula de Identidad No.

3.233.976, en mi carácter de Directora del Colegio "SAN PEDRO", por la presente hago

constar que el Alumno ___Vergara González, Luis Daniel___

ha cursado en estudiado en este Plantel desde __4°__ hasta __6°__ Grado de Educación

Básica, habiendo observado siempre **BUENA CONDUCTA**. .

Caracas, __27__ de __Abril__ de __2006__

_Emma Limorte_
_____
Emma Limorte Cortés

Directora

/ideg.-

Scanned by CamScanner

SAN PEDRO SCHOOL

ENROLLED IN M. E.
AV. UNIVERSITY TELF. 662.70.90
CARACAS VALLEY DOWN

# CONSISTENCY OF CONDUCT

I, EMMA LIMORTE CORTES, Venezuelan, holder identity card NO. 3,233,976, in my capacity

headmistress SAN PEDRO I hereby acknowledge that the student Luis Daniel Gonzalez Vergara

has studied in studied on this campus from 4th grade through 6th grade of basic education,

having observed always GOOD CONDUCT.

Caracas 27th of April of 2006

# Caps, Achievement and Outstanding Player Awards

his year Mr. Rob introduced a Caps system that offers students a certificate for representing the school in various interschool events. Many of our students have achieved the first certificate of 10 caps. Also we are handing out certificates to students who achieve well or are deemed to be outstanding in any area of sport.

**Caps have been awarded to:**
Julie (7S)
Leonara (8H)
Ria (8H)
Warren (9S)
Johny (10)

Luis-Daniel (Spotlight)
Rosa (11)
Hanh (10)
Minh (11)
Ai (11)
Danny (10)
Chithra (11)
Yu-Chi (10)
Jae Mo (9P)

## Most Outstanding Footballers
Jae Mo (9P)
Jae Young (Spotlight)
Warren (9S)
Luis-Daniel

(Spotlight)
Truc (9S)
Hanh (11)
Chithra (11)
Yu-Chi (10)
Ria (8H)
Julie (7S)
Quynh (9S)

## Most Outstanding Basketball Players

Howard (9S)  & Julie (7S)



Some of the winner-



Scanned by CamScanner

Tháng 6-2006

*Trong số này*



Ve... ve... ve... hè về!

8

▶4-5 Mùa hè « Học kỳ... 3? ▶6 Chọn trường cho bé ▶11 Giúp bé "chơi" với Toán ▶18 Gia đình là điểm tựa ▶27 Forum của mẹ ▶29 "Pha chế" bữa ăn cho bé yêu ▶38 Cả nhà cùng cười

## THƯ TÒA SOẠN

Tuổi thơ - Tuổi đẹp nhất đời ngư... Khoảng thời gian hồn nhiên ấy khô... giờ quay trở lại đời với mỗi chúng t... đã trưởng thành, trong ký ức, ai ch... chứa những kỷ niệm êm đềm của n... thân thương này. Chính vì lẽ đó, cả... phụ huynh luôn thầm ước ao dành... tốt đẹp nhất cho bé yêu của mình... cách "nhìn lại", "bù đắp" cho nhữ... năm ấu thơ đầy kỷ niệm...

Ngày 1/6 hằng năm là ngày tất... trên thế giới đều mong đợi, ngày d... cho các bé và cho cả "người lớn" -... hiện lòng yêu thương, chăm sóc và... tâm đến thế hệ "mầm non" của mì...

Bạn thân mến,

Một mùa hè mới đã bắt đầu. Cả... tưng bừng chào đón bằng những lễ... những sự kiện đặc sắc và nhiều chư... trình bổ ích thiết thực. Nếu để ý m... bạn sẽ thấy, đa số những chương t... đều hướng đến, dành cho thiếu nie... đồng, một đối tượng "mầm non" đ... cả xã hội quan tâm, yêu thương và... cho những chăm sóc ưu ái nhất...

Trong niềm vui ấy, Bản nguyệt s... Dục TP.HCM - Chuyên đề Mẹ&Con t... số báo thứ 10 đặc biệt dành riêng... bé, cùng các bậc phụ huynh chia s... hạnh phúc của những ngày hội tuc... Chuyên đề thân ái gởi đến các chá... vui tươi cùng một mùa hè bổ ích...

BAN BI



12

Mùa hè vui khỏe



22

Làm bạn với bé



24

Con mình "láy cân"



34

Mẹ "sao" chuẩn bị hè



Ảnh bìa: Ca sĩ...
Ca sĩ nhí Xuân...
Bộ Merry Xuân...
Bộ Gia Kỳ - Lee...
Ảnh: Quốc Huy...
Trang điểm: H...
Thời trang: The...
GIÁ: 5.000đ

Consejo Comunal
Arcoiris Los Bucares
Rif: J-403567557

Manana Oscann
C.I 10350231
Telefono: 0412-8035716

### INTEROFFICE MEMORANDUM

**TO:**       FILE
**FROM:**     DR
**SUBJECT:**  LUIS VERGARA GONZALEZ
**DATE:**     MAY 26, 2016
**CC:**

I met with AUSA Cory Steinberg to discuss a proposed joint recommendation to the Court.  She advised she is going to do a soft recommendation to 60 but leave the door open for the Court to go along with my recommendation of 48 months.

Please file the Response to PSI and Memorandum including report and character reference letters.